UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SQUARE ONE CHOICES INC.,

                Plaintiff,

-against-

DITEC SOLUTIONS LLC,

                Defendant.

**ORDER**

22 Civ. 7680 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant is hereby ORDERED to submit a reply letter of no more than five pages responding to Plaintiff's opposition to Defendant's letter motion for a pre-motion conference (Dkt. Nos. 9, 11) by **December 6, 2022**.

Dated: New York, New York
        December 5, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge