UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SQUARE ONE CHOICES INC.,

                     Plaintiff,

-against-

DITEC SOLUTIONS LLC,

                     Defendant.

**ORDER**

22 Civ. 7680 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss (see Dkt. No. 9):

1. Defendant's motion papers are due on **December 28, 2022**;
2. Plaintiff's opposition is due on **January 18, 2023**; and
3. Defendant's reply, if any, is due on **January 25, 2023**.

Discovery will be stayed pending resolution of the motion to dismiss. The conference scheduled for December 8, 2022, is adjourned sine die. The Clerk of Court is directed to terminate the motions at Docket Numbers 9, 11, and 17.

Dated: New York, New York
        December 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge